KYD, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Polyethylene Retail Carrier BAG Committee, Hilex Poly Co., LLC, and Superbag Corporation, Defendants–Cross–Appellants.

Nos. 2012–1533, 2012–1534.

United States Court of Appeals, Federal Circuit.

May 29, 2013.

Rehearing and Rehearing En Banc Denied Aug. 2, 2013.

David J. Craven, Riggle & Craven, of Chicago, Illinois, argued for plaintiff-appellant.

Alexander V. Sverdlov, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, Patricia M. McCarthy, Assistant Director, and Carrie A. Dunsmore, Trial Attorney. Of counsel on the brief was Scott D. McBride, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Daniel L. Schneiderman, King & Spalding, LLP, of Washington, DC, argued for defendants-cross appellants. With him on the brief was Stephen A. Jones.

NEWMAN, PLAGER, and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.